TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00571-CR






Cynthia Jean Dowdy, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WICHITA COUNTY, 78TH JUDICIAL DISTRICT


NO. 35,045-B, HONORABLE ROY T. SPARKMAN, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's brief on appeal was originally due December 17, 2001. On counsel's
motion, the time for filing was extended to January 31, 2002. No brief has been filed on appellant's
behalf, no further extension of time for filing has been sought, and counsel has not responded to the
Clerk's overdue notice.

Appellant's counsel, Ms. Holly Crampton, is ordered to file a brief in appellant's
behalf no later than April 8, 2002. If counsel does not comply with this order, the district court will
be instructed to appoint substitute counsel to represent appellant on this appeal. 

It is ordered March 22, 2002.


Before Justices Kidd, Patterson and Puryear

Do Not Publish